188 So. 921

**Pat MONROE, Alias Munroe, v. STATE.**

**2 Div. 137.**

Supreme Court of Alabama.

April 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.
Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.